JAMES v. OFFUTT, JUDGE OF HANCOCK CIRCUIT COURT.

[No. 0-517. Filed July 1, 1958.]

*Leonard B. James, pro se.*

*Edwin K. Steers,* Attorney General and *Owen S. Boling,* Deputy Attorney General, for respondent.

PER CURIAM.—Relator has filed a petition for writ of mandate, *in forma pauperis, pro se.* The petition is not filed in the name of the State of Indiana. *Jackson* v. *State, Reeves, Judge* (1956), 235 Ind. 704, 134 N. E. 2d 551, and cases therein cited. Neither is it supported by a certified copy of the proceedings in the court to which it is related, as required by Rule 2-35.

The petition is therefore dismissed.

NOTE.—Reported in 151 N. E. 2d 298.